# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN SCICCHITANO, | No. 4:25-CV-00650 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| JAMES WILLIAMS, SR., *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 2, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Williams' motion to dismiss is otherwise **DENIED**;

2. James Williams Sr. shall **ANSWER** the Plaintiff's complaint within fourteen (14) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge